UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| KIMBERLY J. STONE, | ) | CASE NO. 12-71752-AKM-7 |
|     Debtor. | ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, R. Stephen LaPlante, Trustee, submits the following notice of unclaimed dividends to the Court.

| Payee | Last Known Address | Amount |
|---|---|---|
| Bailey Peavy Bailey | 3737 Buffalo Speedway, Suite 1850 Houston, TX 77098 | $28,913.02 |
| | TOTAL AMOUNT: | $28,913.02 |

/s/ R. Stephen LaPlante, Trustee
R. Stephen LaPlante, Trustee
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Telephone:  (812) 463-6093
Facsimile:  (812) 463-6094
E-mail:  slaplante@laplantellp.com
         rallen@laplantellp.com

(NOTE:  All checks should be mailed to the Indianapolis Clerk's Office, 46 East Ohio Street, Room 116, Indianapolis, Indiana, 46204, not to the divisional office.  Attach a copy of this notice to the check.  Only remit one check per notice regardless of whether 1 or 250 claimants are listed on this notice.)

CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2019, a copy of the foregoing Trustee's Notice of Unclaimed Dividends was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

adthomas999@gmail.com
ustpregion10.in.ecf@usdoj.gov

      I further certify that on November 19, 2019, a copy of the foregoing Trustee's Notice of Unclaimed Dividends was mailed by first class U.S. Mail, postage pre-paid, and properly addressed to the following:

ARCHER Systems, LLC
1775 St. James Place, Suite 200
Houston, TX 77056

Alyssa Parsons, Esquire
BAILEY, PEAVY, BAILEY
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098

Kimberly J. Stone
3 Trail Breeze Court
Washington, IN 47501

      /s/ R. Stephen LaPlante, Trustee
      R. Stephen LaPlante, Trustee
      101 N.W. First Street, Suite 116
      P.O. Box 3556
      Evansville, IN 47734-3556
      Telephone: (812) 463-6093
      Facsimile: (812) 463-6094
      E-mail: slaplante@laplantellp.com
             rallen@laplantellp.com