United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 12-71752-AKM |
| Kimberly J Stone | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 19, 2021 | Form ID: sgeneric | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly J Stone, 3 Trail Breeze Court, Washington, IN 47501-9301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tratty | + Email/Text: dnichols@smedreview.com | Jul 19 2021 20:58:00 | Alyssa Parsons, BAILEY, PEAVY, BAILEY, 3737 Buffalo Speedway, Suite 1850, Houston, TX 77098-3746 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 21, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Dennis Thomas | on behalf of Debtor Kimberly J Stone adthomas999@gmail.com |
| R. Stephen LaPlante | rallen@laplantellp.com slaplante@laplantellp.com;rslaplante@ecf.axosfs.com;ecf.alert+LaPlante@titlexi.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 3

SO ORDERED: July 19, 2021.



*Andrea K. McCord*
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SGENERIC (rev 10/2019)

In re:

**Kimberly J Stone**,   Case No. **12–71752–AKM–7A**
    Debtor.

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds in the Amount of $28913.02 was filed on June 11, 2021, by Debtor Kimberly J Stone.

**IT IS ORDERED** that the Application for Payment of Unclaimed Funds in the Amount of $28913.02 is **DENIED**.

The Clerk's Office will distribute this order.

###